UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO SANCHEZ,<br><br>        Petitioner,<br><br>    v.<br><br>L. BIRD,<br><br>        Respondent. | Case No. 22-cv-09106-HSG<br><br>**ORDER OF TRANSFER** |

Petitioner, an inmate at Valley State Prison, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. According to the petition, in 2004, following a jury trial, Petitioner was found guilty of felony murder and attempted felony robbery, along with a firearm enhancement. Petitioner was sentenced to life without parole. Petitioner is challenging the 2021 denial of his Cal. Penal Code § 1170.95 resentencing petition. *See generally* Dkt. No. 11. Petitioner's conviction was obtained in Los Angeles County, in the Central District of California, and he is incarcerated in Madera County, in the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Here, Petitioner was sentenced in, and his resentencing petition was filed in, the Central District of California. Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: 3/7/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge